# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

INEATHA CRUZ obo
Y. R. (minor child)

            V.           CASE NUMBER: 1:04-CV-290(VEB)

COMMISSIONER OF SOCIAL
SECURITY

**[ ]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFF against DEFENDANT, remanding this case for calculation of benefits pursuant to the Decision and Order of the Hon. Victor E. Bianchini filed on December 12, 2007.

DATED:    December 12, 2007

                                                              Clerk of Court

LKB:lmp